**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD POWELL, | Case No. CV-18-5205-R |
| Plaintiff(s), | |
| v. | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |
| THU NGO, et al., | |
| Defendant(s). | |

Plaintiff was ORDERED to show cause in writing no later than **October 22, 2018** why this action should not be dismissed for lack of prosecution. On, October 22, 2018, Plaintiff filed a Response to Order To Show Cause Re: Dismissal For Failure to Serve Defendant (Dkt. No. 11), requesting for an additional one to two months to serve the defendant. As of the date of this Order, Plaintiff has not taken any further action.

WHEREAS, the period has elapsed without proper service of the complaint and summons; and, the period has elapsed without any good cause shown to warrant an extension;

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: November 27, 2018

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE